UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| Rhonda Jones et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 4:23-cv-34-TAV-MJD |
| v. | ) |
| | ) |
| Viviant Care Management LLC et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)**

Plaintiffs Rhonda Jones et al. hereby request the Court to enter default judgment against Defendant Pollak Innovative Management Partners, LLC pursuant to Fed. Civ. P. 55(b)(2). In support of this request, Plaintiffs rely upon the record in this case [Docs. 90 through 90-10] and the declaration attached hereto. In further support of this request, Plaintiffs state as follows:

1. The Clerk entered default against Defendant Pollak Innovative Management Partners, LLC on May 13, 2025. Doc. 87.

2. Plaintiffs request the following relief:

Plaintiffs request and incorporate by reference the relief requested in their Motion for Default Judgment and Award of Damages. (Doc. 90, at p. 25.)

For the foregoing reasons, this Court should enter Default Judgment against Pollak Innovative Management Partners, LLC, in favor of Plaintiffs, pursuant to Fed. Civ. P. 55(b)(2).

Respectfully submitted,

s/ *Curt Masker*
Counsel for Plaintiffs

October 21, 2025
Date

Page **1** of **1**

Case 4:23-cv-00034-TAV-MJD   Document 94   Filed 10/21/25   Page 1 of 1   PageID #: 644